| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Law Offices of Andy Winchell, P.C. <br> 100 Connell Road, Suite 2300 <br> Berkeley Heights, New Jersey 07922 <br> Telephone No. (973) 457-4710 <br> andy@winchlaw.com <br> By: Andy Winchell [AW-6590] <br> Attorney for the Debtor |

| | |
|---|---|
| In re: <br><br> Patricia A Geusic <br><br> Debtor | Case No.: 18-29360 (VFP) <br> Chapter: 13 <br> Judge: Hon. Vincent F. Papalia |

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE**

Patricia Geusic, the debtor in the above-captioned case (the "Debtor"), hereby responds to the Motion to Dismiss (the "Motion") filed by the standing chapter 13 trustee (the "Trustee").

The Debtor is awaiting income that she expects will be sufficient to bring her current in plan payments. She expects to receive the funds towards the end of March. She therefore requests some additional time to become current on payments.

Dated this the 12th day of March, 2020.

/s/ Andy Winchell
Law Offices of Andy Winchell
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
973-457-4710
andy@winchlaw.com
Attorney for the Debtor

1