UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

PATRICIA A GEUSIC

Case No.: 18-29360

Adv. No.:

Hearing Date:

Judge: VFP

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/13/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
PATRICIA A GEUSIC
7 TIMOTHY FIELD ROAD
NEW PROVIDENCE, NJ 07974
Mode of Service: Regular Mail

Attorney for Debtor(s):
ANDY WINCHELL
100 CONNELL DRIVE
SUITE 2300
BERKELEY HEIGHTS, NJ 07922
Mode of Service: Notice of Electronic Filing (NEF)

Dated: December 13, 2021

By: /S/ Jackie Michaels
Jackie Michaels