| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Law Offices of Andy Winchell, P.C.<br>100 Connell Road, Suite 2300<br>Berkeley Heights, New Jersey 07922<br>Telephone No. (973) 457-4710<br>andy@winchlaw.com<br>By: Andy Winchell [AW-6590]<br>Attorney for the Debtor | |
| In re:<br><br>Patricia A Geusic<br><br>                Debtor | Case No.: 18-29360 (VFP)<br>Chapter: 13<br>Judge: Hon. Vincent F. Papalia |

## **RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE**

Patricia Geusic, the debtor in the above-captioned case (the "Debtor"), hereby responds to the Certificate of Default (the "Certificate") filed by the standing chapter 13 trustee (the "Trustee").

The Debtor has become current on payments to the Trustee since the filing of the Certificate. She therefore requests that the Court disregard the Certificate as moot.

Dated this the 27th day of December, 2021.

/s/ Andy Winchell
Law Offices of Andy Winchell
100 Connell Drive, Suite 2300
Berkeley Heights, New Jersey 07922
973-457-4710
andy@winchlaw.com
Attorney for the Debtor