| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Patricia A. Geusic | Case No.: __18-29360__<br><br>Chapter: __13__<br><br>Judge: __Hon. Vincent F Papalia__ |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Patricia A. Geusic__, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __October 13, 2023__        __/s/ Patricia A Geusic__
                                  Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

*rev.8/1/18*