| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Patricia A Geusic<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1145<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  18-29360-VFP | | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Patricia A Geusic

<u>12/6/23</u>                                                                        **By the court:** <u>Vincent F. Papalia</u>
                                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia A Geusic  
    Debtor

Case No. 18-29360-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Dec 06, 2023      Form ID: 3180W      Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A Geusic, 7 Timothy Field Road, New Providence, NJ 07974-1239 |
| 517783724 | + | Conduent/Clc Private, Attn: Claims Department, P.O. Box 7051, Utica, NY 13504-7051 |
| 517783729 | #+ | Law Office of Joel Cardis, 2006 Swede Road, Suite 100, Norristown, PA 19401-1787 |
| 517783735 | + | North Shore Agency, P.O. Box 9221, Old Bethpage, NY 11804-9021 |
| 517806863 | + | Orthopedic Physicians & Surgeons PC, Schachter Portnoy, LLC, 3490 U.S Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 517783738 | + | RWJ Rahway Fitness Center, 2120 Lamberts Mill Rd, Scotch Plains, NJ 07076-4783 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: JPMORGANCHASE | Dec 07 2023 01:38:00 | JPMorgan Chase Bank, National Association, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517851779 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 06 2023 20:46:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 517783714 | + | EDI: CINGMIDLAND.COM | Dec 07 2023 01:38:00 | AT&T Mobility, 17000 Cantrell Road, Little Rock, AR 72223-4266 |
| 517835938 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:53:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517783713 | + | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:54:23 | Amex, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 517783715 | + | EDI: TSYS2 | Dec 07 2023 01:38:00 | Barclays Bank Delaware, Attn: Correspondence, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 518726682 | + | EDI: LCIBAYLN | Dec 07 2023 01:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 518726683 | + | EDI: LCIBAYLN | Dec 07 2023 01:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 517783716 | + | EDI: CAPITALONE.COM | Dec 07 2023 01:38:00 | Capital One Na, Attn: General |

Case 18-29360-VFP    Doc 60    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| | | | Correspondence/Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 517815696 | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 20:53:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517824308 | EDI: CAPITALONE.COM | Dec 07 2023 01:38:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517783717 | + EDI: CAPITALONE.COM | Dec 07 2023 01:38:00 | Capital One/Neiman Marcus, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 517902982 | + Email/Text: RASEBN@raslg.com | Dec 06 2023 20:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517783720 | + EDI: CITICORP | Dec 07 2023 01:38:00 | Citibank, Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 517783721 | + EDI: CITICORP | Dec 07 2023 01:38:00 | Citicards, Attn: Centralized Bankruptcy, P.O. Box 790034, Saint Louis, MO 63179-0034 |
| 517783722 | + EDI: WFNNB.COM | Dec 07 2023 01:38:00 | Comenity Bank/Talbots, Attn: Bankruptcy Dept, P.O. Box 182273, Columbus, OH 43218-2273 |
| 517783723 | EDI: WFNNB.COM | Dec 07 2023 01:38:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, P.O. Box 18215, Columbus, OH 43218 |
| 517797030 | EDI: DISCOVER | Dec 07 2023 01:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517783725 | + EDI: DISCOVER | Dec 07 2023 01:38:00 | Discover Financial, P.O. Box 3025, New Albany, OH 43054-3025 |
| 517958131 | Email/Text: ECMCBKNotices@ecmc.org | Dec 06 2023 20:48:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517958132 | Email/Text: ECMCBKNotices@ecmc.org | Dec 06 2023 20:48:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517783726 | + EDI: PHINGENESIS | Dec 07 2023 01:38:00 | Genesis BC/Celtic Bank, Attn: Bankruptcy, 268 South State Street Ste 300, Salt Lake City, UT 84111-5314 |
| 517783727 | EDI: IRS.COM | Dec 07 2023 01:38:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517783718 | EDI: JPMORGANCHASE | Dec 07 2023 01:38:00 | Chase Card Services, Correspondence Dept, P.O. Box 15145, Wilmington, DE 19850 |
| 517783719 | EDI: JPMORGANCHASE | Dec 07 2023 01:38:00 | Chase Mortgage, Mail Code: OH4-7302, Po Box 24696, Columbus, OH 43224 |
| 517907921 | EDI: JPMORGANCHASE | Dec 07 2023 01:38:00 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517783728 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2023 20:47:00 | Kohls/Capital One, Kohls Credit, P.O. Box 3120, Milwaukee, WI 53201-3120 |
| 518578846 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 20:54:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578845 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 20:54:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517819800 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 20:53:51 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517783731 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2023 20:54:20 | LVNV Funding/Resurgent Capital, Attn: |

Case 18-29360-VFP    Doc 60    Filed 12/08/23    Entered 12/09/23 00:17:44    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 3180W | Total Noticed: 62 |

| | | | |
|---|---|---|---|
| | | | Bankruptcy, P.O. Box 10497, Greenville, SC 29603-0497 |
| 517783730 | + EDI: LENDNGCLUB | Dec 07 2023 01:38:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 517783732 | + Email/Text: BKNotice@ldvlaw.com | Dec 06 2023 20:47:00 | Lyons, Doughty,& Veldhuis, PC, 136 Gaither Drive, Suite 100, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 517783733 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2023 20:48:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 517889015 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2023 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517783734 | + Email/Text: electronicbkydocs@nelnet.net | Dec 06 2023 20:48:00 | Nelnet, Attn: Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 517820789 | ^ MEBN | Dec 06 2023 20:42:30 | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 517910155 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517908910 | EDI: PRA.COM | Dec 07 2023 01:38:00 | Portfolio Recovery Associates, LLC, c/o Lord&taylorconvertedaccts, POB 41067, Norfolk VA 23541 |
| 517783736 | + EDI: SYNC | Dec 07 2023 01:38:00 | Paypal Credit, P.O. Box 71202, Charlotte, NC 28272-1202 |
| 517783737 | ^ MEBN | Dec 06 2023 20:43:56 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 517903967 | EDI: Q3G.COM | Dec 07 2023 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517889216 | EDI: Q3G.COM | Dec 07 2023 01:38:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517783740 | Email/Text: EBN@seliplaw.com | Dec 06 2023 20:47:00 | Selip & Stylianou LLP, 10 Forest Ave., Suite 300, P.O. Box 914, Paramus, NJ 07653 |
| 517909178 | + Email/Text: bncmail@w-legal.com | Dec 06 2023 20:48:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517783739 | + Email/Text: bankruptcy@savit.com | Dec 06 2023 20:48:00 | Savit Collections, 46 West Ferris Street, East Brunswick, NJ 08816-2159 |
| 517783741 | + EDI: SYNC | Dec 07 2023 01:38:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518536715 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517785555 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517783742 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 517783743 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517783744 | + EDI: SYNC | Dec 07 2023 01:38:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 517909218 | + Email/Text: bncmail@w-legal.com | Dec 06 2023 20:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517783745 | EDI: WTRRNBANK.COM | | |

|  |  |  |
|---|---|---|
|  | Dec 07 2023 01:38:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |

TOTAL: 56

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517909181 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy Winchell | on behalf of Debtor Patricia A Geusic andy@winchlaw.com awinchellecf@gmail.com;katharine@winchlaw.com;winchellar94173@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor JPMorgan Chase Bank  National Association mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMorgan Chase Bank  National Association phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6